IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John P. Baker, | No. CV 09-315-TUC-FRZ (GEE) |
| Petitioner, | **ORDER** |
| vs. | |
| Charles Ryan, et al., | |
| Respondents. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Glenda E. Edmonds that recommends denying Petitioner's habeas petition filed pursuant to 28 U.S.C. §2254. As throughly explained by Magistrate Judge Edmonds, Petitioner is not entitled to relief as Petitioner filed his §2254 petition outside of the applicable statute of limitations, it is therefore time-barred, and no exception applies.[1] As Plaintiff's objections do not undermine the analysis and proper conclusion reached by Magistrate Judge Edmonds, Plaintiff's objections are rejected.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Report and Recommendation (Doc. #19) is accepted and adopted.

(2) Petitioner's §2254 habeas petition is denied and this case is dismissed with prejudice.

(3) The Clerk of the Court shall enter judgment accordingly and close the file in this matter.

DATED this 22nd day of June, 2010.

FRANK R. ZAPATA
United States District Judge

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).